UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 26-158-WLH(E) | Date | February 11, 2026 |
|---|---|---|---|

| Title | SHANT OVIKIAN v. KRISTI NOEM, ET AL. |
|---|---|

Present: The Honorable    Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| None | None |

**Proceedings:**          **(IN CHAMBERS)**

On January 14, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241." On January 23, 2026, by a temporary restraining order, the District Judge granted Petitioner on an interim basis some of the relief sought in the Petition. On January 23, 2026, ICE reportedly released Petitioner from ICE detention. On February 6, 2026, the District Judge entered a preliminary injunction, extending through the pendency of this case the same relief granted by the temporary restraining order.

On February 6, 2026, the deadline for Respondents to file an Answer to the Petition expired without any Answer having been filed. See "Order Requiring Answer, etc.," filed January 14, 2026. Under these circumstances, it is ordered that, within seven (7) days of the date of this Order, the parties shall show good cause, if there be any, why the Court should not enter a final judgment granting the relief the District Judge granted to Petitioner on an interim basis in the orders filed January 23, 2026, and February 6, 2026, and otherwise dismissing the Petition without prejudice. Failure timely to respond to this Order may be deemed consent to the entry of such a final judgment.

cc:    Judge Hsu
       All Counsel of Record

Initials of Deputy Clerk  bm