JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHANT OVIKIAN,

      Petitioner,

   v.

KRISTI NOEM, ET AL.,

      Respondents.

Case No. ED CV 26-158-WLH(E)

**JUDGMENT**

Pursuant to the "Order for Entry of Judgment," it is adjudged that: (1) Respondents are enjoined from further detaining Petitioner, which includes significant restriction on his liberties, such as electronic monitoring, unless and until he is provided proper due process necessary for the revocation of an Order of Supervision; and (2) the Petition otherwise is dismissed without prejudice.

Dated: February 20, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE